**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 23, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 04-3004

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Indiana, Hammond Division |
| *v.* | No. 2:01 CR 157 |
| JOHNNY MARTINEZ, *Defendant-Appellant*. | James T. Moody, *Judge*. |

**O R D E R**

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court responded that under an advisory guidelines regime it would not have imposed a different sentence. We invited the parties to file memoranda concerning the district court's response but only the government did so. Martinez's 210-month sentence was well below the guideline range of 360 months to life in prison. Our independent review does not suggest the sentence is unreasonable, and we accordingly AFFIRM the judgement.